IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-00447-RLV

| | | |
|---|---|---|
| FRANCES MELTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Plaintiff's Petition for Attorney's Fees Under the Equal Access to Justice Act (the "Motion"). [Doc. No. 21]. In the Motion, the Plaintiff requests attorney's fees in the amount of $4,662.00, representing 25.9 hours of attorney work. *Id.* at p. 1; [Doc. No. 22-1] at pp. 1-2. The Defendant has consented to this fee request and agrees that it is reasonable. *See* [Doc. No. 21] at p. 2. The Court has reviewed the Plaintiff's request, and the evidence submitted in support of the request, and finds the Plaintiff's requested fee to be reasonable.

Accordingly, it is **HEREBY ORDERED** that the Plaintiff be awarded the sum of $4,662.00 in attorney's fees. Such sums shall be paid to the order of Plaintiff under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and mailed to her counsel's office.

**SO ORDERED**.

Signed: August 18, 2016

Richard L. Voorhees
United States District Judge